**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| 100% SPEEDLAB, LLC and<br>SAULE, LLC,<br><br>Plaintiffs,<br>v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS, AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON SCHEDULE<br>A TO THE COMPLAINT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:22-cv-07204-ER |

## PRELIMINARY INJUNCTION ORDER

**THIS MATTER** comes before the Court on the application of Plaintiffs 100% Speedlab,

LLC and Saule, LLC ("Plaintiffs"), brought by way of Order to Show Cause, for entry of a

Preliminary Injunction (the "Application") against the Defendants identified on Schedule A to

the Preliminary Injunction Order attached hereto (collectively, the "PI Defendants") and using at

least the domain names or online marketplace accounts identified on the Schedule A

(collectively, the "PI Defendant User Accounts"); and

**THE COURT** having reviewed the papers in support of the Application; and the Court

having found that Plaintiffs meet the criteria for entry of preliminary injunctive relief; and

This Court further finds that it has personal jurisdiction over the PI Defendants because

the PI Defendants directly target their business activities toward consumers in the United States,

including New York, offering to sell and ship products into this Judicial District.  Specifically, PI

Defendants are reaching out to do business with New York residents by operating one or more

commercial, interactive Internet Stores through which New York residents can purchase

1

counterfeit versions of Plaintiff's 100% Products ("Counterfeit Products") bearing, using, or infringing upon Plaintiffs' trademarks covered by U.S. Trademark Registration Nos. 5822731, 5486069, 5992035, 4832739, 4621851, 5302598, 5188151, 4112054, 6248345, 5408052, 5587526, and 5875252 (the "100% Trademarks") and/or U.S. Patent Nos. D915,499, D948,599, D948,590, D914,795, D941,906, D727,400, D870,789, D860,302, D878,454, D899,503, and D889,530 (the "100% Patents").

        **THIS COURT** having determined that the evidence submitted in support of the Application establishes Plaintiffs have a likelihood of success on the merits; that no remedy at law exists; and that Plaintiffs will suffer irreparable harm, if the injunction is not granted including for example:

1.        Through the Declarations of Michael Yellin and Carrie Hedayati and accompanying evidence, Plaintiffs have proven a prima facie case of trademark and patent infringement because (1) the 100% Trademarks and 100% Patents are registered with the U.S. Patent and Trademark Office and Plaintiffs hold all right, title, and interest in and to the 100% Trademarks and 100% Patents; (2) Plaintiffs develop, market, and sell products using the 100% Trademarks and the designs claimed in the 100% Patents (the "100%  Products"); (3) PI Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products that infringe directly or indirectly the designs claimed in the 100% Patents or using the marks covered by the 100% Trademarks; (4) an ordinary observer would be deceived into thinking that the Counterfeit Products are the same as Plaintiffs' 100% Products, or would be confused by PI Defendants' use of the 100% Trademarks; and (5) PI Defendants are not licensed or authorized to

use the 100% Trademarks or 100% Patents and none of the PI Defendants is an authorized retailer of genuine 100% Products.

2.      PI Defendants' continued and unauthorized use of the 100% Trademarks and/or 100% Patents irreparably harms Plaintiffs through diminished goodwill and brand confidence, damage to Plaintiffs' reputation, loss of exclusivity, and loss of future sales.

3.      Monetary damages fail to address such damage and, therefore, Plaintiffs have an inadequate remedy at law; and

4.      The Public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by PI Defendants' actions; and

**THIS COURT** having determined, therefore, that injunctive relief initially granted in the Temporary Restraining Order ("TRO") on September 8, 2022 [Dkt. No. 22] and later extended on September 15, 2022 [Dkt. No. 24] should remain in place through the pendency of this litigation and issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65;

**NOW THEREFORE**, on this 6th day of October, 2022, this Court ORDERS that:

1.      PI Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

a.      Using the 100% Trademarks and/or 100% Patents or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in

connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

b.  Passing off, inducing, or enabling others to sell or pass off any product as a genuine 100% Product that is not, in fact, Plaintiffs' 100% Product and/or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale using the 100% Trademarks and/or 100% Patents;

c.  Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

d.  Further infringing the 100% Trademarks and/or 100% Patents and damaging Plaintiff's goodwill;

e.  Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear(s) any 100% Trademark or any reproductions, counterfeit copies, or colorable imitations thereof;

f.  Using, linking to, transferring, selling, exercising control over, or otherwise owning the User Accounts, the Defendant Internet Stores, or any other domain name or online market place account that is being

used to sell or is the means by which Defendants could continue to sell versions of Plaintiffs' 100% Products; and

g.      Operating and/or hosting websites and/or any other web presence registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product using the 100% Trademarks and/or 100% Patents.

2.      Each PI Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiffs a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including by way of example, all  AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through g, above

3.      Within five (5) days of receipt of this Order, Alibaba, AliExpress, Amazon, DHgate, eBay, etsy, Walmart, and any other online marketplace platform or service provider hosting or servicing a PI Defendant User Account are directed to disable and cease providing services for any PI Defendant User Accounts through which PI Defendants engage in the sale of counterfeit and infringing goods using the 100% Trademarks and/or 100% Patents, including any accounts associated with the PI Defendants.

4.      PI Defendants and any third party with actual notice of this Order who is providing services for any of the PI Defendants, or in connection with any PI Defendant User Account, including, without limitation, any online marketplace platforms such as Amazon, Wish, DHGate,

AliExpress, Alibaba, Walmart, and eBay, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiffs expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a.   The identities and locations of PI Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

    b.   The nature of PI Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the PI Defendant User Accounts, and PI Defendants' financial accounts, as well as providing a full accounting of PI Defendants' sales and listing history related to their respective PI Defendant User Accounts;

    c.   PI Defendant User Accounts or any domain name registered by PI Defendants;

    d.   Any financial accounts owned or controlled by PI Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with

or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, World First, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.    PI Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of PI Defendants' assets until further ordered by this Court.

6.    Western Union shall, within five (5) business days of receipt of this Order, block any Western Union money transfers and funds from being received by the PI Defendants identified in Schedule A to the Preliminary Injunction Order until further ordered by this Court.

7.    Alibaba, AliExpress, Amazon, DHgate, eBay, etsy, Walmart, and any other online marketplace platform or service provider hosting or servicing a PI Defendant User Account shall, within five (5) business days of receipt of this Order, for any Defendant or any of PI Defendants' Online Marketplace Accounts or websites:

    a.   Locate all accounts and funds connected to and related to PI Defendants, Defendants' Online Marketplace Accounts or PI Defendants' websites, including, but not limited to, any AliPay, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, eBay, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong,

SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts connected to and related to the information listed in Schedule A to the Complaint; and

    b.   Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of PI Defendants' assets until further ordered by this Court.

8.     Any banks, savings and loan associations, payment processors, or other financial institutions, for any PI Defendant or any PI Defendant User Account, shall within five (5) business days of receipt of this Order:

    a.   Locate all accounts and funds connected to PI Defendants, PI Defendants' Online Marketplace Accounts or PI Defendants' websites, including, but not limited to, any accounts connected to the information listed in the Schedule A to the Complaint; and

    b.   Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of PI Defendants' assets until further ordered by this Court.

9.     Plaintiffs may provide notice of these proceedings to PI Defendants by electronically publishing a link to the Complaint, this Order and other relevant documents on a website or by sending an e-mail to all e-mail addresses identified by Plaintiffs and any e-mail addresses provided for PI Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication or e-mail, along with any notice that PI Defendants receive from domain name registrars and payment processors, shall constitute

notice reasonably calculated under all circumstances to apprise PI Defendants of the pendency of the action and afford them the opportunity to present their objections.

10.    Plaintiffs' Schedule A to the Complaint and Exhibit 3 to the Declaration of Carrie Hedayati shall become unsealed.

11.    Any PI Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiffs or on shorter notice as set by this Court.

12.    The five thousand dollars ($5,000.00) bond posted by Plaintiffs shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: __October 6, 2022__

_____
Honorable Edgardo Ramos

## SCHEDULE A TO PRELIMINARY INJUNCTION ORDER

| No. | Defendant Seller | Defendants Online Marketplace(s) |
| --- | --- | --- |
| 1. | Fuzhou Yuxiaoer Trading Co., Ltd. | https://yuxiaoer.en.alibaba.com/company_profile.html |
| 2. | Guangzhou Tu Ban Sporting Goods Co., Ltd. | https://tourbonsafari.en.alibaba.com/minisiteentrance.html |
| 3. | Ruian Lei Peng Wei Trading Co., Ltd. | https://rbworld.en.alibaba.com/?spm=a2700.shop_index.88.16 |
| 4. | Shenzhen Jiu Jiu Yi Trade Co., Ltd. | https://99yi.en.alibaba.com/index.html?spm=a2700.shop_index.88.5 |
| 5. | Shenzhen Ledong Trading Co., Ltd. | https://ledong.en.alibaba.com/index.html?spm=a2700.shop_index.88.4.7ba029b2Hsj6lG |
| 6. | Shenzhen Shanhai Iot Technology Co., Ltd. | https://bestsports.en.alibaba.com/?spm=a2700.shop_index.88.4 |
| 7. | Wenzhou Kingvision Optical Co., Ltd. | https://wzkingvision.en.alibaba.com/?spm=a2700.shop_cp.88.21 |
| 8. | Yiwu Euromonk Eyewear Co.,Ltd | https://euromonk.en.alibaba.com/?spm=a2700.shop_cp.88.21 |
| 9. | %100RBworld Store | https://huoxin.aliexpress.com/store/1101111069 |
| 10. | 106% Store | https://www.aliexpress.com/store/1101959445?spm=a2g0o.detail.100005.1.5d106e14g0TE8O |
| 11. | 2021 bike Store | https://pt.aliexpress.com/store/1101361525?spm=a2g0o.store_pc_home.pcShopHead_550944431.0 |
| 12. | 2021 cycling Store | https://www.aliexpress.com/store/1101397514 |
| 13. | 618 shop Store | https://www.aliexpress.com/store/1101770026?spm=a2g0o.detail.100005.1.3cbf7e7ah1rILx |
| 14. | 661 Store | https://pt.aliexpress.com/store/1101221679?spm=a2g0o.store_pc_home.pcShopHead_241192784.0 |
| 15. | above glory store | https://pt.aliexpress.com/store/1102063662?spm=a2g0o.detail.100005.1.34da7f0bbGPiB7 |
| 16. | ALBA store | https://www.aliexpress.com/store/1101247755 |
| 17. | Bao Cycling Store | https://www.aliexpress.com/store/1101878163 |
| 18. | Biking Freelife Store | https://www.aliexpress.com/store/1101392526 |

| No. | Defendant Seller | Defendants Online Marketplace(s) |
|-----|------------------|----------------------------------|
| 19. | BOOM-Works Store | https://www.aliexpress.com/store/1101650283?spm=a2g0o.detail.100005.1.368166edNuZLsP |
| 20. | Cousins Bike Supplies Store | https://www.aliexpress.com/store/1101616820?spm=a2g0o.detail.100005.1.610c361dCQNWpn |
| 21. | Global Outdoors Store | https://www.aliexpress.com/store/1102049250 |
| 22. | Good service high quality Store | https://www.aliexpress.com/store/1101266300 |
| 23. | Haitham Store | https://famlei.aliexpress.com/store/1100639730 |
| 24. | High quality goods shop Store | https://www.aliexpress.com/store/1101686631 |
| 25. | IOQX Official Store | https://ioqxracing.aliexpress.com/store/1101367722?spm=a2g0o.detail.100005.1.18bd59edd9sME2 |
| 26. | Jun Ruo Bike 2 Store | https://www.aliexpress.com/store/1101810843?spm=a2g0o.detail.100005.1.6a864fa971X51a |
| 27. | Jun-Ruo Bike Store | https://www.aliexpress.com/store/1101374216?spm=a2g0o.detail.100005.1.46b03ff9qeaFJa |
| 28. | KX007CYCLING Store | https://pt.aliexpress.com/store/1101743921?spm=a2g0o.store_pc_home.pcShopHead_6000833001191.0 |
| 29. | LOBINA MOTOR PARTS Store | https://lobinamotorparts.aliexpress.com/store/1101753789?spm=a2g0o.detail.100005.1.32393b6dd5aS8b |
| 30. | LUMING outdoor Store | https://www.aliexpress.com/store/1101780380?spm=a2g0o.detail.100005.1.e4226ae5BG6Y1A |
| 31. | MOTO-Home Store | https://www.aliexpress.com/store/1101675885 |
| 32. | Moto-MX Store | https://pt.aliexpress.com/store/1101595513?spm=a2g0o.store_pc_allProduct.pcShopHead_6000438320070.0 |
| 33. | MX-Moto Store | https://pt.aliexpress.com/store/1101832420?spm=a2g0o.store_pc_home.pcShopHead_6001774802240.0 |
| 34. | Our Cycling Store | https://pt.aliexpress.com/store/1101454614?spm=a2g0o.store_pc_home.pcShopHead_1000006433659.0 |
| 35. | Outdoor first market Store | https://www.aliexpress.com/store/1101861677 |
| 36. | Professional outdoor product Store | https://www.aliexpress.com/store/1101400561 |
| 37. | RBworld Official Store | https://www.aliexpress.com/store/1101459413 |
| 38. | Shop1100215757 Store | https://www.aliexpress.com/store/1102019611 |

| No. | Defendant Seller | Defendants Online Marketplace(s) |
|---|---|---|
| 39. | Shop1331728 Store | https://pt.aliexpress.com/store/1100907878?spm=a2g0o.store_pc_home.pcShopHead_36252652.0 |
| 40. | Shop2926025 Store | https://www.aliexpress.com/store/1101247755 |
| 41. | Shop3096068 | https://pt.aliexpress.com/store/all-wholesale-products/1101258719.html?spm=a2g0o.store_pc_feedback.pcShopHead_13049659.1 |
| 42. | Shop5486102 Store | https://www.aliexpress.com/store/1101363570 |
| 43. | Shop5575071 Store | https://pt.aliexpress.com/store/1101367462?spm=a2g0o.store_pc_home.pcShopHead_707275044.0 |
| 44. | Shop910361052 Store | https://www.aliexpress.com/store/910361052 |
| 45. | Tideplay Store | https://www.aliexpress.com/store/1101946869?spm=a2g0o.detail.100005.1.5d2339f6EOOMM6 |
| 46. | US attack on Iraq Store | https://www.aliexpress.com/store/1101373541 |
| 47. | whatsappp/wechat +8615906797068 Store | https://www.aliexpress.com/store/1101347909 |
| 48. | WMQ Outdoor Store | https://www.aliexpress.com/store/1101788575 |
| 49. | Yin Cycling Equipment Store | https://www.aliexpress.com/store/1101862836 |
| 50. | YLF Cycling Store | https://www.aliexpress.com/store/1102013855 |
| 51. | anfei-xm | https://www.amazon.com/sp?seller=A2MKHNJXUH37EB |
| 52. | chris fitness store | https://www.amazon.com/sp?seller=A3BFAHX5ZBTT24 |
| 53. | gupingpingdedasihn | https://www.amazon.com/sp?seller=AUGPWC4TEGARQ |
| 54. | hehuo store | https://www.amazon.com/sp?seller=A1W7XINC8P0BXP |
| 55. | qijun01 | https://www.amazon.com/sp?seller=A2J64TQH8BHR88 |
| 56. | tuanjiehuh | https://www.amazon.com/sp?seller=A3HGK9VMOGI11L |
| 57. | yinuo01 | https://www.amazon.com/sp?seller=A2YX18OYZAAD2U |
| 58. | IBS RVMarines Automotive | https://www.amazon.ca/sp?marketplaceID=A2EUQ1WTGCTBG2&seller=A2SNKCOWT2PS9P&ref=dp_merchant_link |

| No. | Defendant Seller | Defendants Online Marketplace(s) |
|---|---|---|
| 59. | agetestore Store | https://www.dhgate.com/store/21782231?dspm=pcen.pd.soldby.store.gT5JXpFdnuWG8nx6MViS&resource_id=#pd-sellerinfo-storename |
| 60. | brand012 Store | https://www.dhgate.com/store/21709807?dspm=pcen.pd.soldby.store.7BXxzTeubVLz3sVh3w2t&resource_id=#pd-sellerinfo-storename |
| 61. | caiaccluxury Store | https://www.dhgate.com/store/21773913?dspm=pcen.pd.soldby.store.MM8VpTl9kJrct36E44TJ&resource_id=#pd-sellerinfo-storename |
| 62. | enjoyoutdoorsports Store | https://www.dhgate.com/store/20402770 |
| 63. | funny6631 Store | https://www.dhgate.com/store/14432732?dspm=pcen.pd.soldby.store.1IDW7lQH40R55JaodUHn&resource_id=#pd-sellerinfo-storename |
| 64. | ronnyturiaf Store | https://www.dhgate.com/store/21635579?dspm=pcen.pd.soldby.store.ausvfJg7q2Tx4Blu1Zci&resource_id=#pd-sellerinfo-storename |
| 65. | shanqingmou Store | https://www.dhgate.com/store/21071510?dspm=pcen.pd.soldby.store.RR34ANZCkwhWhKBfFevh&resource_id=#pd-sellerinfo-storename |
| 66. | tubecloth Store | https://www.dhgate.com/store/21223122?dspm=pcen.pd.soldby.store.RXJ5pQRNOptfzffwHefw&resource_id=#pd-sellerinfo-storename |
| 67. | usseller518 Store | https://www.dhgate.com/store/21791966?dspm=pcen.pd.soldby.store.fsCryIs8sal4iH92gfzB&resource_id=#pd-sellerinfo-storename |
| 68. | zhongtl129227 Store | https://www.dhgate.com/store/20152321?dspm=pcen.pd.soldby.store.9odDAdoXRFISs7ZEEw59&resource_id=#pd-sellerinfo-storename |
| 69. | richardliu21 | https://www.ebay.com/usr/richardliu21 |
| 70. | avarsia | https://www.ebay.com/usr/avarsia |
| 71. | beesbees1987 | https://www.ebay.com/usr/beesbees1987?_trksid=p2047675.m3561.l2559 |
| 72. | brighttech | https://www.ebay.com/usr/brighttech?_trksid=p2047675.m3561.l2559 |
| 73. | carry-80 | https://www.ebay.com/usr/carry-80 |
| 74. | expo2019 | https://www.ebay.com/usr/expo2019 |

| No. | Defendant Seller | Defendants Online Marketplace(s) |
|-----|------------------|----------------------------------|
| 75. | glo_911972 | https://www.ebay.com/usr/glo_911972 |
| 76. | gp.official | https://www.ebay.com/usr/gp.official |
| 77. | hermeshine | https://www.ebay.com/usr/hermeshine |
| 78. | hfghe56 | https://www.ebay.com/usr/hfghe56 |
| 79. | kittom | https://www.ebay.com/usr/kittom |
| 80. | koduste | https://www.ebay.com/usr/koduste |
| 81. | ktyun1 | https://www.ebay.com/usr/ktyun1 |
| 82. | lakmadustores | https://www.ebay.com/usr/lakmadustores?_trksid=p2047675.m3561.l2559 |
| 83. | laptopallfor87 | https://www.ebay.com/usr/laptopallfor87?_trksid=p2047675.m3561.l2559 |
| 84. | lfrhe74 | https://www.ebay.com/usr/lfrhe74 |
| 85. | livingcenter-us | https://www.ebay.com/usr/livingcenter-us?_trksid=p2047675.m3561.l2559 |
| 86. | mopper1 | https://www.ebay.com/usr/mopper1 |
| 87. | pavalia | https://www.ebay.com/usr/pavalia |
| 88. | pjrrn54 | https://www.ebay.com/usr/pjrrn54 |
| 89. | ponyma21 | https://www.ebay.com/usr/ponyma21?_trksid=p2047675.m3561.l2559 |
| 90. | porte_morte | https://www.ebay.com/usr/porte_morte |
| 91. | roka_store | https://www.ebay.com/usr/roka_store |
| 92. | shopy_us | https://www.ebay.com/usr/shopy_us |
| 93. | siafortstore | https://www.ebay.com/usr/siafortstore |
| 94. | s-motor | https://www.ebay.com/usr/s-motor |
| 95. | thel5045 | https://www.ebay.com/usr/thel5045 |
| 96. | toolseller2019 | https://www.ebay.com/usr/toolseller2019 |
| 97. | ttppe1 | https://www.ebay.com/usr/ttppe1 |
| 98. | uccgg | https://www.ebay.com/usr/uccgg |
| 99. | upstatea | https://www.ebay.com/usr/upstatea?_trksid=p2047675.m3561.l2559 |
| 100. | ursuper | https://www.ebay.com/usr/ursuper |

| No. | Defendant Seller | Defendants Online Marketplace(s) |
|---|---|---|
| 101. | usajzl2020 | https://www.ebay.com/usr/usajzl2020 |
| 102. | xiaoyuanstore | https://www.ebay.com/usr/xiaoyuanstore |
| 103. | xinsilouuk | https://www.ebay.com/usr/xinsilouuk |
| 104. | yeawind1 | https://www.ebay.com/usr/yeawind1 |
| 105. | yyy5640 | https://www.ebay.com/usr/yyy5640 |
| 106. | zobby1 | https://www.ebay.com/usr/zobby1?_trksid=p2047675.m3561.l2559 |
| 107. | BodegaDream | https://www.etsy.com/shop/BodegaDream |
| 108. | EverythingUnderVente | https://www.etsy.com/shop/EverythingUnderVente |
| | | |
| 110. | JaideeGem | https://www.etsy.com/shop/JaideeGem?ref=simple-shop-header-name&listing_id=1064047974 |
| 111. | LoudMessApparel | https://www.etsy.com/shop/LoudMessApparel |
| 112. | NoMiddleMan2 | https://www.etsy.com/shop/NoMiddleMan2 |
| 113. | SalvenShop | https://www.etsy.com/uk/shop/SalvenShop |
| | | |
| | | |
| | | |
| 117. | BOCA DEALS LLC | https://www.walmart.com/reviews/seller/101108810 |
| 118. | Chiwanji | https://www.walmart.com/seller/101126445 |
| | | |
| 120. | La Vie en Rose | https://www.walmart.com/reviews/seller/101110678 |
| 121. | Menolana | https://www.walmart.com/seller/101125294 |
| 122. | Plemdea | https://www.walmart.com/reviews/seller/101175419 |
| 123. | Qingtian Diaocheng Trading Co., Ltd. | https://www.walmart.com/reviews/seller/101044606 |
| 124. | shen zhen shi fang ji ke ji you xian gong si | https://www.walmart.com/seller/101096055 |
| 125. | shenzhenshimeihuidawangluokejiyouxiangongsi | https://www.walmart.com/reviews/seller/101044684 |
| 126. | sigeshangmao | https://www.walmart.com/seller/101108369 |

| No. | Defendant Seller | Defendants Online Marketplace(s) |
| --- | --- | --- |
| 127. | sumai | https://www.walmart.com/reviews/seller/101134294 |
| 128. | tianjinshidongfangsugouwangluok ejiyouxiangongsi | https://www.walmart.com/seller/101134102 |
| 129. | YI DEF | https://www.walmart.com/seller/101176678 |
| 130. | ZKDZ | https://www.walmart.com/reviews/seller/101112389 |