UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 100% SPEEDLAB, LLC and SAULE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:22-cv-07204-JHR<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/31/2023 |

### [PROPOSED] DISBURSEMENT ORDER

As called for by the Default Judgment Order (Dkt. 60), the Clerk is directed to disburse:

   The principal amount of Five Thousand dollars ($5,000.00), which is the amount of the bond called by the Court and posted by Plaintiffs;

   Plus all applicable or earned interest,

To Plaintiffs' counsel

   Thoits Law, A Professional Corporation
   400 Main St., #250
   Los Altos, California 94022.

Within three (3) days of the entry of this Disbursement Order, Plaintiffs are directed to provide a copy of this order, along with a copy of a Thoits Law Form W-9, to this Court's Financial Department at nysdml_financeadmin@nysd.uscourts.gov

Dated: July 31, 2023
         New York, NY

_____
United States District Judge
Jennifer H. Rearden

The Clerk of Court is directed to close this case.